

**PLAINTIFF'S EXHIBIT D**

20170906020918280 UC1
09/06/2017 11:19:52 AM
Book: Page:0
PageCount:3
Filing Fee:$10.00
Doc. Tax:$.00
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
David B. Hooten

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. St  Return acknowledgment to:

Capitol Services, Inc.
P.O. Box 1831   Austin, TX 78767
800/345-4647

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: **Pauls Valley Hospital Authority**

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 100 Valley Drive | Pauls Valley | OK | 73075 | USA |

2. DEBTOR'S NAME: (blank)

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: **SysInformation Healthcare Services, L.L.C.**

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3267 Bee Caves Road, Suite 107-511 | Austin | TX | 78746 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
Debtor hereby grants to the Secured Party, to secure the payment and performance in full of all of the obligations under the Promissory Note dated April 11, 2017, the Security Agreement, and any other financing documents, a security interest of first priority (except for Permitted Liens) in all right, title and interests of Secured Party in and to the property described in Attachment 1 hereto, whether now existing or hereafter from time to time acquired (collectively, the "Collateral").

Notwithstanding the foregoing, the security interest granted herein shall not extend to and the term "Collateral" shall not include any equipment or other property subject to a third party's purchase money security interests Liens, provided that such third party Liens are Liens of the type described in subsections (e) and (k) of the definition of Permitted Liens (in the Security Agreement); and provided further that such equipment or other property shall be deemed "Collateral" hereunder if such third party's Lien is released or otherwise terminated.

5. Check only if applicable... ☐ held in a Trust ☐ being administered by a Decedent's Personal Representative
6a. ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. ☐ Agricultural Lien ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

## Attachment 1

All right, title, interest, claims and demands of Company in and to the Company's personal property, including, without limitation, the following:

    (i)      All Accounts;

    (ii)     All Chattel Paper;

    (iii)    All Commercial Tort Claims listed on Exhibit A;

    (iv)    All Deposit Accounts and cash;

    (v)     All Documents;

    (vi)    All Equipment;

    (vii)   All General Intangibles;

   (viii)   All Goods;

    (ix)    All Instruments;

    (x)     All Intellectual Property;

    (xi)    All Inventory;

    (xii)   All Investment Property;

    (xiii)   All Letter-of-Credit Rights

    (xiv)   To the extent not otherwise included, all Proceeds and products of any and all of the foregoing, and all accessions to, substitutions and replacements for, and rents and profits of each of the foregoing.

The term *"Intellectual Property"* means all intellectual and similar property of every kind and nature now owned or hereafter acquired by Company, including inventions, designs, patents (whether registered or unregistered), copyrights (whether registered or unregistered), trademarks (whether registered or unregistered), trade secrets, domain names, confidential or proprietary technical and business information, know-how, methods, processes, drawings, specifications or other data or information and all memoranda, notes and records with respect to any research and development, software and databases and all embodiments or fixations thereof whether in tangible or intangible form or contained on magnetic media readable by machine together with all such magnetic media and related documentation, registrations and franchises, and all additions, improvements and accessions to, and books and records describing or used in connection with, any of the foregoing.

All capitalized terms used in this Attachment 1 and not otherwise defined herein, shall have the respective meanings given to such terms in the Uniform Commercial Code of the State of Oklahoma as in effect from time to time.

**Exhibit A**
**to**
**Attachment 1 to Security Agreement**

**Commercial Tort Claims**

None.

{01355/0011/00196274,2}