IN THE UNITED STATES COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SYSINFORMATION HEALTHCARE SERVICES LLC d/b/a EQUALIZERCM SERVICES,<br><br>    Plaintiff<br><br>v.<br><br>PAULS VALLEY HOSPITAL AUTHORITY d/b/a PAULS VALLEY GENERAL HOSPITAL<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-18-152-SLP<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

Sysinformation Healtcare Services LLC d/b/a EqualizerCM Services

                REYNOLDS RIDINGS VOGT & McCART, PLLC

                By:   *s/ James Vogt*
                            James Vogt OBA #9243
                            101 Park Avenue - Suite 1010
                            Oklahoma City, OK 73102
                            (405) 232-8131
                            (405) 232-7911 Facsimile
                            jimvogt@rrvmlaw.com