IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

SYSINFORMATION HEALTHCARE
SERVICES, LLC d/b/a EQUALIZERCM
SERVICES

    Plaintiff,

vs.

PAULS VALLEY HOSPITAL AUTHORITY
d/b/a PAULS VALLEY GENERAL HOSPITAL

    Defendant.

Case No. CIV-18-152-SLP

## DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC OR PARTNERSHIP

Plaintiff, SysInformation Healthcare Services, LLC d/b/a Equalizercm Services, pursuant to Local Rule 7.1.1, files this Disclosure Statement and in support thereof states:

SysInformation Healthcare Services, LLC is a Texas limited liability company whose members are as follows:

- SysInformation, Inc.: Delaware S-Corporation. The sole shareholder of SysInformation, Inc. is Nagi Rao, who is a citizen of Texas.
- Gregory T. Skalla: citizen of Maryland.
- Michael A. Hill: citizen of Washington D.C.

Dated this 15th day of February, 2018.

Respectfully submitted,

**REYNOLDS, RIDINGS, VOGT & McCART, P.L.L.C.**
s/ James Vogt (#9243)
*Counsel for Plaintiff*
101 Park Avenue, Suite 1010
Oklahoma City, OK 73102
405-232-8131
405-232-7911 Fax
jimvogt@rrvmlaw.com

**TRIPP SCOTT, P.A.**
*Counsel for Plaintiff*
110 S.E. Sixth Street
Fifteenth Floor
Fort Lauderdale, Florida 33301
Tel.:   (954) 525-7500
Fax:   (954) 761-8475

Charles M. Tatelbaum, Esq.
Florida Bar No. 177540
E-Mail: cmt@trippscott.com
Jesse R. Cloyd, Esq.
Florida Bar No. 58388
Email: jrc@trippscott.com