**Jesse R. Cloyd**

| | |
|---|---|
| **From:** | Charles M. Tatelbaum |
| **Sent:** | Thursday, July 12, 2018 10:09 AM |
| **To:** | 'Brett Agee'; Jerome S. Sepkowitz |
| **Cc:** | Jesse R. Cloyd |
| **Subject:** | RE: PVGH - adv. Sysinformation Healthcare Services, LLC - 188-015 ★ proposed joint motion and order |

Brett:

Please accept this communication as a settlement proposal, and as such, it is protected by Rule 408 of the Federal Rules of Evidence.

My client proposes to have the parties reach an agreement as to a liquidated amount that is due and then have a consent judgment entered. My client will agree to forbear from taking any action to enforce the judgment so long as the sale procedure is ongoing and so long as my client is treated in any sale transaction in accordance with its legal priority.

If your client will agree with this format, then I can provide you with a proposal as to the liquidated amount.

So long as there are issues open as to the extent of the debt due to my client, it is unwilling to place the litigation in abeyance.

I am out of the office today and tomorrow, but I am available by email.

Chuck



**Charles M. Tatelbaum**

Director
phone  954-525-7500  |  fax  954-761-8475  |  direct  954-760-4902
110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301  |  www.trippscott.com
Best Place to Work  |  Florida Trend  |  South Florida Business Journal

Admitted in Florida and Maryland.
Member of the Board of Visitors of the Francis King Carey School of Law at the University of Maryland.
Contributor on bankruptcy related issues for the (New York) Observer.
Board Chair of HUF - A not-for-profit whose  mission is to empower a new generation of Americans.

1

**EXHIBIT 1**

From: Brett Agee [mailto:brett.agee@gaclawyers.com]
Sent: Wednesday, July 11, 2018 5:03 PM
To: Jerome S. Sepkowitz
Cc: Charles M. Tatelbaum
Subject: [BULK] PVGH - adv. Sysinformation Healthcare Services, LLC - 188-015 ★ proposed joint motion and order
Importance: High

Jerry,

Please review the attached and confirm that I may file.

Sincerely,

*Brett Agee*

BRETT AGEE
Attorney and Counselor at Law
Admitted in Oklahoma, Colorado and Texas



101 E. GRANT AVENUE ■ P.O. BOX 10
PAULS VALLEY, OK 73075
405-238-1000 ■ FAX 405-238-1001

My legal assistant is Georgann Spivey. Whenever she may be able to assist you, please contact her at georgann.spivey@gaclawyers.com or 405-238-1000.