# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

SYSINFORMATION HEALTHCARE
SERVICES, LLC d/b/a EQUALIZERCM
SERVICES

                                 CASE NO. CIV-18-00152-SLP

Plaintiff,

vs.

PAULS VALLEY HOSPITAL AUTHORITY
d/b/a PAULS VALLEY GENERAL HOSPITAL

Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, SYSINFORMATION HEALTHCARE SERVICES, LLC d/b/a EQUALIZERCM SERVICES and Defendant, PAULS VALLEY HOSPITAL AUTHORITY d/b/a PAULS VALLEY GENERAL HOSPITAL, pursuant to Fed. R. Civ. P. 41(1)(A)(ii), hereby stipulate to the dismissal of the above-entitled cause of action without prejudice to the refiling of same.  Each party will bear its own costs, expenses, and attorney fees incurred in the action.

Respectfully submitted,

                             s/Jerome S. Sepkowitz, OBA#8081
                             **Derryberry & Naifeh, LLP**
                             *Co-Counsel for SysInformation*
                             *Healthcare Services, LLC*
                             4800 N. Lincoln Blvd.
                             Oklahoma City, OK 73102
                             Telephone: (405) 528-6569
                             Fax: (405) 528-6462
                             jsepkowitz@derryberrylaw.com

1766209v1 999113.0002

-and-

**TRIPP SCOTT, P.A.**
*Co-Counsel for SysInformation*
*Healthcare Services, LLC*
110 S.E. Sixth Street
Fifteenth Floor
Fort Lauderdale, Florida 33301
Tel.:   (954) 525-7500
Fax:   (954) 761-8475

By:  /s/ *Charles M. Tatelbaum*
        Charles M. Tatelbaum, Esq.
        Florida Bar No. 177540
        E-Mail: cmt@trippscott.com


**GARVIN AGEE CARLTON, P.C.**
*Counsel for Pauls Valley Hospital*
*Authority d/b/a Pauls Valley General*
*Hospital*
P.O. Box 10
Pauls Valley, Oklahoma 73075
Tel:  (405) 238-1000
Fax: (405) 238-1001
E-Mail: brett.agee@gaclawyers.com

By:/s/ Brett Agee
        Brett Agee, OBA #12547

2

1766209v1 999113.0002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2019, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest entitled to notice.

James W. Vogt
Charles M. Tatelbaum
Brett Agee

    s/Jerome S. Sepkowitz

1766209v1 999113.0002